**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

IN RE:                )
                      )
RUTH CHRISTIANE RAWLINGS  )    Case No. 09-32844-KRH
                      )    Chapter 13
    Debtor            )

**MOTION TO SUBSTITUTE COUNSEL**

COMES NOW, the Debtor, by Jorge A. Ortiz, Esquire, and in support of heir Motion to Substitute Counsel states as follows:

1.  Debtor filed this proceeding under Chapter 13 of the Bankruptcy Code.

2.  The Debtor desires to substitute her present counsel with Jorge A. Ortiz, Esquire.

WHEREFORE, the Debtor respectfully requests that Jorge A. Ortiz, Esquire be substituted as her counsel in place of her present counsel and that her present counsel be relieved of any further duties and obligations in this case.

                    RUTH CHRISTIANE RAWLINGS
                    By Counsel

**JORGE A. ORTIZ, PLLC**
720 E. 6th Street
Suite 9
Richmond, VA  23224
(804) 272-2723
(866) 328-3601

By:    /s/ Jorge A. Ortiz
    Jorge A. Ortiz, VSB #71787

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2011 a true and exact copy of the foregoing Motion to was sent electronically to counsel for the Debtor, the Trustee and all parties requesting electronic notice.

          /s/ Jorge A. Ortiz
          Jorge A. Ortiz