# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                )
                                      )
    RUTH CHRISTIANE RAWLINGS    )    Case No. 09-32844-KRH
                                      )    Chapter 13
        Debtor                )

## MOTION TO SUBSTITUTE COUNSEL

COMES NOW, the Debtor, by Jorge A. Ortiz, Esquire, and in support of heir Motion to Substitute Counsel states as follows:

1. Debtor filed this proceeding under Chapter 13 of the Bankruptcy Code.

2. The Debtor desires to substitute her present counsel with Jorge A. Ortiz, Esquire.

WHEREFORE, the Debtor respectfully requests that Jorge A. Ortiz, Esquire be substituted as her counsel in place of her present counsel and that her present counsel be relieved of any further duties and obligations in this case.

                                              RUTH CHRISTIANE RAWLINGS
                                              By Counsel

**JORGE A. ORTIZ, PLLC**
720 E. 6th Street
Suite 9
Richmond, VA 23224
(804) 272-2723
(866) 328-3601

By:   /s/ Jorge A. Ortiz
      Jorge A. Ortiz, VSB #71787

## CERTIFICATE OF SERVICE

    I hereby certify that on June 20, 2011 a true and exact copy of the foregoing Motion to was sent electronically to counsel for the Debtor, the Trustee and all parties requesting electronic notice.

                                                       /s/ Jorge A. Ortiz
                                                         Jorge A. Ortiz

Case 09-32844-KRH    Doc 22    Filed 06/23/11    Entered 06/23/11 12:48:25    Desc Main
Document      Page 2 of 2