IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| RUTH CHRISTIANE RAWLINGS ) | Case No. 09-32844-KRH |
| ) | Chapter 13 |
| Debtor ) | |

## ORDER OF SUBSTITUTION OF COUNSEL

UPON Motion of the Debtor to substitute counsel; and it

APPEARING TO THE COURT that the Debtor filed this proceeding under Chapter 13 of the Bankruptcy Code; and it

FURTHER APPEARING that the Debtor desires to substitute Debtor's original counsel with Jorge A. Ortiz, Esquire, both of whom consent to said substitution; it is therefore

ORDERED that the Motion to Substitute Counsel be, and the same is hereby GRANTED, and Jorge A. Ortiz, Esquire is hereby substituted as counsel for the Debtor in place of Debtor's original counsel; and it is

FURTHER ORDERED that Debtor's original counsel is hereby relieved of any further duties and obligations in this case.

Jorge A. Ortiz, VSB #71787
**JORGE A. ORTIZ, PLLC**
720 E. 6th Street, Suite 9
Richmond, Virginia 23224
(804) 272-2723
Counsel for Ruth Christiane Rawlings

The Clerk shall serve a copy of this Order to the Debtor, Jorge A. Ortiz, Esquire, Debtor's original counsel, and to the Chapter 13 Trustee.

ENTERED this _____ day of _____, 2011.

_____

Judge, U.S. Bankruptcy Court

I ASK FOR THIS:

/s/ Jorge A. Ortiz_____
Jorge A. Ortiz (VSB #71787)
JORGE A. ORTIZ, PLLC
720 E. 6th Street
Suite 9
Richmond, VA  23224
(804) 272-2723 (phone)
(866) 328-3601 (fax)

SEEN AND AGREED TO:

/s/ Ruth Christiane Rawlings\_\_\_\_\_
Ruth Christiane Rawlings
1401 Rustling Cedar Lane
Richmond, VA  23231

/s/ Richard James Oulton_____
Richard James Oulton
The Debt Law Group, PLLC
P.O. Box 5928
Glen Allen, VA  23058
(804) 308-0051 (phone)
804-308-0053 (fax)

2

## **LOCAL RULE 9022-1(C) CERTIFICATION**

 The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

                /s/ Jorge A. Ortiz